IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

JAMES EDWARD GRANT,

        Plaintiff,

v.

WISCONSIN RESOURCE CENTER
ADMINISTRATOR, THOMAS
HERNANDEZ, BARBARA
ROBAKOWSKI and WINNEBAGO
MENTAL HEALTH INSTITUTE,

        Defendants.

JUDGMENT IN A CIVIL CASE

15-cv-667-jdp

---

This action came for consideration before the court with District Judge James D. Peterson presiding. The issues have been considered and a decision has been rendered.

---

IT IS ORDERED AND ADJUDGED that judgment is entered dismissing this case.

| /s/ | 1/7/2016 |
|---|---|
| Peter Oppeneer, Clerk of Court | Date |